BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Litigation | MDL No. 3115 |

## PROOF OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned certifies that on May 23, 2024, a true and correct copy of the Notice of Related Action was filed with the Clerk of the JPML via the CM/ECF system, which will automatically generate a notice of electronic filing to all counsel of record who have elected to receive such service, and was sent via Priority Mail to the following parties:

*Winkelvoss, et al. v. Hyundai Motor America, et al.*, No. 8:24-cv-01113 (C.D. Cal.)

HYUNDAI MOTOR AMERICA
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505

*Designated Agent for Defendant Hyundai Motor America*

VERISK ANALYTICS, INC.
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505

*Designated Agent for Defendant Verisk Analytics, Inc.*

Dated: May 29, 2024

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

/s/ *Tina Wolfson*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
Christopher E. Stiner
*cstiner@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: 310-474-9111
Fax: 310-474-8585

*Counsel for Plaintiff Jariya Thongsawang, No. 8:24-cv-00695 (C.D. Cal.); and Plaintiffs Jacob Winkelvoss, Seth Purvin, Douglas Butts, and Aditya Gupta, No. 8:24-cv-01113 (C.D. Cal.)*